**NEWMAN | WILLIAMS**

A PROFESSIONAL CORPORATION

Gerard J. Geiger, Esq.                                    Attorney for Defendants
IDENTIFICATION NO. PA44099
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511
(570) 421-9090 (voice)
(570) 424-9739 (fax)
ggeiger@newmanwilliams.com

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN J. STONE AND ELLEN A. STONE,<br>        Plaintiffs,<br><br>    v.<br><br>TODD A. MARTIN AND JASON DUNLAP,<br>        Defendants | No. 3:15-CV-1632<br><br>Jury Trial Demanded<br><br>Judge Mannion |

---

### Defendants' Statement of Facts
### In Support of Motion for Summary Judgment

The defendants aver, pursuant to LR 56.1 that the following facts are not in dispute and may be considered by the court in support of their motion for summary judgment:

*The Parties*

1.      The plaintiff, Brian Stone, is a licensed Pennsylvania

attorney with offices in NY and in Pennsylvania.

2.      The plaintiff, Ellen Stone, is Brian Stone's wife.

3.      Todd Martin is the duly elected Sheriff of Monroe County.

4.      Jason Dunlap, is a Monroe County Sheriff's deputy,

employed by Monroe County.

*Stone's Property*

5.      The Stones own a property along Route 611 in Tobyhanna

Township, Monroe County comprised of approximately 75 acres. Stone

affidavit, doc. 10, at ¶2A.[1]

6.      The Stones' home and Brian Stone's Pennsylvania law office

are adjacent to each other on the property.

7.      The home and the law office are accessed by a shared

driveway running from Route 611. Doc. 10, at ¶2D.

---

[1] Although Stone's affidavit was stricken (Doc. 13) as an improper
response to the defendants' motion to dismiss, it is cited for the
representations that Stone made about the factual background of his
case.

8.     An aerial view of Stones' property, courtesy of Google Maps, is depicted below and reflects the relative locations of Brian Stone's office and the Stones' home.



*Signage*

9.     At the Route 611 entrance to the property, Stone erected a sign advertising to the public that the property is the site of his law office.

10.     A photograph of Stone's Law Office sign, which includes his phone number, is depicted below.



11.   Stone erected a gate at the entrance to his driveway which was closed when Deputy Dunlap served process.  Doc. 10, at ¶2E; Complaint, at ¶8.

12.   The Stones erected signs on their driveway leading to the law office and their home warning people to:

a.  Beware of the presence of a dog;



b.  That hunting is forbidden;



c.  That the speed limit is 15 mph;



d. That the property is private;



e. And to "keep out."



13.     These signs are placed there permanently and remain posted even when Stone's law office is open for business.

*Rhode Island lawsuit*

14.     The Monroe County Sheriff's Office was asked by a plaintiff, Latese T. Smith, in a Rhode Island lawsuit, to serve documents on Ellen Stone relating to a lawsuit filed against Ellen Stone in Rhode Island. The Sheriff's service form and the Rhode Island Notice of Suit form are depicted below.

DATE RECEIVED

DATE PROCESSED

# SHERIFF'S OFFICE
## MONROE COUNTY, PENNSYLVANIA
### COURTHOUSE, STROUDSBURG, PA 18360

| SHERIFF SERVICE PROCESS RECEIPT | PLEASE TYPE OR PRINT LEGIBLY, INSURING READABILITY. |
|---|---|
| | MCSO ENV.# G112176 |

| 1. PLAINTIFF/S/ | 2. COURT NUMBER |
|---|---|
| Latese T. Smith | |

| 3. DEFENDANT/S/ | 4. TYPE OF WRIT OR COMPLAINT |
|---|---|
| Ellen A. Stone | Security Deposit Return |

**SERVE AT**

5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVICE OR DESCRIPTION OF PROPERTY TO BE LEVIED, ATTACHED OR SOLD.

Ellen A. Stone

6. ADDRESS (Street or RFD, Apartment #, City, Boro, Twp, State and Zip Code)

6021 Route 115, Blakeslee, PA 18610

7. SERVICE:  ☐PERSONAL  ☒PERSON IN CHARGE  ☐DEPUTIZE  ☐CERT. MAIL  ☐REGISTERED MAIL  ☐FIRST CLASS MAIL  ☐POSTED  ☐PUBLICATION

Now, _____, _____, I, SHERIFF OF MONROE COUNTY, PA, do hereby deputize the SHERIFF of _____ County to execute this Writ and make return thereof according to law.

This deputation being made at the request and risk of the plaintiff.

SHERIFF OF MONROE COUNTY

| 8. POSTING REQUIREMENT:   TAX CODE# | PIN # |
|---|---|

9. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN - Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

| 10. SIGNATURE OF ATTORNEY or other ORIGINATOR requesting service on behalf of: | 11. TELEPHONE NUMBER | 12. DATE |
|---|---|---|
| ☒PLAINTIFF ☐DEFENDANT | 773 263 5249 | 5/27/15 |

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

| 13. I ACKNOWLEDGE RECEIPT OF THE WRIT OR COMPLAINT AS INDICATED ABOVE | Signature of Authorized MCSO Deputy or Clerk and Title | 14. Date Received | 15. Expiration/Hearing Date |
|---|---|---|---|
| | Ellen | 5/29/15 | 6/29/15 |

I HEREBY CERTIFY AND RETURN:

TYPE OF SERVICE:  ☐PERSONAL  ☐POST  ☐RECHECK/LOCKOUT  ☐COMPLETE LEVY  ☐READ ORDER

☐OTHER/PERSON IN CHARGE   NAME: _____   RELATIONSHIP: _____

ADDRESS SERVED, IF DIFFERENT FROM ABOVE: _____

☐NO SERVICE   REASON: _____

| DEPUTY: | DATE: | TIME: | MILEAGE: |
|---|---|---|---|



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## DISTRICT COURT

### SMALL CLAIMS NOTICE OF SUIT - COMPLAINT

Civil Action File Number: 2SC-2015-00111

| Plaintiff<br>Latese T. Smith | Attorney for the Plaintiff |
| --- | --- |
| | Address of the Plaintiff's Attorney or the Plaintiff<br>821 Regulo Place #1714<br>Chula Vista, CA 91910 |
| Defendant<br>Ellen A. Stone | Address of the Defendant<br>6021 Route 115<br>Blakeslee, PA 18610 |

| ☒ Murray Judicial Complex<br>2nd Division District Court<br>45 Washington Square<br>Newport, Rhode Island 02840-2913<br>(401) 841-8350 | ☐ Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick, Rhode Island 02886-0107<br>(401) 822-6750 |
| --- | --- |
| ☐ McGrath Judicial Complex<br>4th Division District Court<br>4800 Tower Hill Road<br>Wakefield, Rhode Island 02879-2239<br>(401) 782-4131 | ☐ Garrahy Judicial Complex<br>6th Division District Court<br>One Dorrance Plaza<br>Providence, Rhode Island 02903-2719<br>(401) 458-5400 |

The Plaintiff(s) claims that the Defendant(s) owes $ 2500.00 plus the cost of suit for the following reasons:

Unlawfully stopped payment on return security deposit
Did not return security within 20 days of move out and
walk-thru.

*Dunlap's Service of Process*

15.  Deputy Dunlap walked down the Stones' driveway.

16.  When Deputy Stone reached the law office building, the garage door in the building was open, Ellen Stone was visible from the open door, and she commented to Deputy Dunlap, "You found me."

17.  Dunlap gave the Rhode Island legal paperwork to Ellen Stone at her husband's law office and then left the property.

18.  Deputy Dunlap completed affidavits confirming his efforts to serve Mrs. Stone in the forms below:

Police Central - Prior Sheet

# MONROE COUNTY SHERIFF'S OFFICE
## STROUDSBURG, PA
### Field Notes for Service Process

**Service Information**

| | | | |
|---|---|---|---|
| **Case:** | 2SC-2015-00111 | **File:** | G112176 |
| **Document:** | Summons | | |
| **Defendant:** | ELLEN A STONE | **Service Expiration:** | 6/29/2015 |
| **Aliases:** | | **Posting Expiration:** | |
| **Address Physical:** | | **Deputize:** | |
| **Address Mailing:** | 6021 ROUTE 115 | | |
| | BLAKESLEE, PA 18610 | | |
| **Service Address(es):** | 6021 ROUTE 115 BLAKESLEE, PA 18610 | | |

*Brian F. Star*

**Service Type**

| ServiceType | ServiceStatus | ServiceInstructions | DeputizedAgencyName | Service Area |
|---|---|---|---|---|
| PERSONAL/PERSON IN CHARGE | PENDING | | | M |

**Total Number of Rows: 1**

**Prior Service Information**

There is no data to display.

MAP Attached

**Notes**

Please fill out the out of state
AFFIDAVIT

① 6-8-15 9:58AM JD  Gated driway Gate locked. Left card in box
② 6-11-15 10:22AM JD  Same as line 1.
③ 6-16-15 11:23AM JD  Card still in the box
④ 6-17-15 11:50-12:02PM JD  Same as line 3. Walked back to the house
I found a woman painting in the garage. I asked who I was
and stated I'm looking for Ellen Stone. She said "you found me".
At this point I heard footsteps at a fast pace upstairs.
A male came down the stairs fast. Mrs Stone put her head out
towards him. He stated didn't you see the Posted signs at the
gate. I advised him I was allowed to enter his property
to serve Ellen Stone. I had served her prior to him coming
down the stairs. He said I'm an Attorney. I advised
him my job was done because I served Ellen. At this
point he wanted my name. I advised him. I slowly gave
it to Ellen. I then left to go back to my vehicle
before Mr Stone escalated the situation.

**TODD A. MARTIN**
**Sheriff**

570-420-3670
FAX: 570-517-3870



**OFFICE OF THE SHERIFF**
**COUNTY OF MONROE**
**COURTHOUSE, STROUDSBURG, PA 18360-2189**

| | | |
|---|---|---|
| LATESE T SMITH | : | COMMONWEALTH OF PA |
| Primary Plaintiff | : | COUNTY OF MONROE |
| | : | |
| | : | |
| v. | : | CIVIL DIVISION |
| | : | CASE NO. 2SC-2015-00111 |
| | : | |
| ELLEN A STONE | : | MCSO NO.G112176 |
| Primary Defendant | : | |

### SHERIFF'S SERVICE AFFIDAVIT OF RETURN

AND NOW, 6/17/2015 at 11:00, I hereby CERTIFY and RETURN that I have served the within Summons upon ELLEN A STONE, Defendant, by personally handing to ELLEN A STONE, one true attested copy of the original Summons and making known to him/her the contents thereof at 6021 ROUTE 115 BLAKESLEE, PA 18610.

SUMMONS SMALL CLAIMS NOTICE OF SUIT-COMPLAINT SMALL CLAIMS NOTICE OF SUITE-ANSWER X2

SO ANSWERS,

Todd A. Martin, Sheriff

By: _____

DEPUTY: DUNLAP, JASON; DEPUTY; C-10

Deposit:        $150.00    Total Costs:        $133.34    Refund:        $16.66

19.    A photograph of Stone's law office where Deputy Dunlap

served process is depicted below. Stone's public contact information is

on the door, including phone number, website address, and signage reflecting that the building houses the law office of Brian Stone and provides contact information for the public.





20.     Deputy Dunlap never approached the Stones' home.

*Sheriff Martin*

21.     Todd Martin was never on the Stones' property and the

Stones make no such claim.

22.    The Stones blame Martin for creating a policy that authorized a deputy sheriff to serve process on land posted with "no trespassing" signs.

23.    The Stones allege no M*onell* claim against Monroe County and make no reference to suing defendants in their official capacities.

24.    The defendants do not believe, based on conversations between counsel, that the Stones disagree with the facts set forth in this statement and that their dispute is entirely a question of law.

NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.

By: s/Gerard J. Geiger, Esq.
Attorney ID: PA44099

Date: June 30, 2016

## Certificate of Service

I hereby certify that on this date, I served a copy of the foregoing document on the Brian J. Stone, Esq., individually, and as counsel for Ellen A. Stone via ECF.

**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**

By: s/Gerard J. Geiger, Esq.
Attorney ID: PA44099

Date: June 30, 2016