# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN J. STONE and<br>ELLEN A. STONE,<br>    Plaintiffs<br>    v.<br>TODD A. MARTIN and<br>JASON DUNLAP,<br>    Defendants | :<br>:  CIVIL ACTION NO. 3:15-1632<br>:  (JUDGE MANNION)<br>:<br>:<br>: |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion for summary judgment, **(Doc. 16)**, is **GRANTED** with respect to the plaintiffs' Fourth Amendment claim;

**(2)** the plaintiffs' remaining state law claims are **DISMISSED WITHOUT PREJUDICE**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: December 22, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1632-01-ORDER.wpd